**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CYNTHIA LANGSTON STERNBERG**                         **PLAINTIFF**
**vs.**
                                    **CIVIL ACTION NO.: 3:17-CV-6-HTW-LRA**

**CHRISTOPHER PURDUM, ET. AL.**                           **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 5]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 5]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this __20th__ day of __April__, 2017.**

                                                **s/ HENRY T. WINGATE**
                                                **UNITED STATES DISTRICT COURT JUDGE**